**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| *Nautilus Insurance Company* : | |
| : | |
| Plaintiff, : | |
| : | Case No. 5:09-CV-1949 |
| *vs*. : | |
| : | *Judge John R. Adams* |
| *TR Construction, Inc., et al.* : | |
| : | (Resolves Doc. 10) |
| Defendants. : | |

ORDER OF DEFAULT JUDGMENT

The Defendant, TR Construction, Inc. having failed to answer, or attend the Case Management Conference on December 15, 2009, default judgment is hereby entered against it pursuant to Rule 55, F.R.C.P. Therefore, pursuant to Plaintiff's request in its Complaint, Declaratory Judgment is entered, hereby declaring that the Defendant TR Construction, Inc. had no coverage under the Policy of Insurance with Plaintiff attached as Exhibit A to the Complaint, for any alleged claim asserted for property damages in September, 2008 to the real estate and building located at 1007 Bank Street, Akron, Summit County, Ohio.

The case is also dismissed as to Panning Leasing Service, LLC. The action is thereby fully dismissed and hereby closed. Each party shall bear its respective costs.

It is so Ordered.

Dated: December 15, 2009           /s/ John R. Adams
                                   -----------------------
                                   Judge John R. Adams
                                   United States District Judge